```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,        :        13-Cr-155-2 (SHS)

    -against-        :

CHRISTOPHER BUTCHKO,        :        <u>ORDER</u>

    Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In light of defendant Christopher Butchko's guilty plea today,

    IT IS HEREBY ORDERED that defendant's motion to sever [document no. 212] is dismissed as moot, and his motion to strike Exhibit A to the memorandum of law in support of his motion to sever [document no. 215] is granted. The defendant shall file a redacted version of Exhibit A to the memorandum in support of motion to sever.

Dated: New York, New York
      August 11, 2014

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.