Christopher Butchko  4  65725 – EC.cr
Docket Number: 13CR00155-2(SHS)



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

 Court Orders supervision to terminate as scheduled on April 2, 2020

or

U.S. Probation Officer is directed to:

☐   Submit a Request for Modifying the Condition or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other:

_____
Honorable Sidney H. Stein
Senior U.S. District Judge
Nov. 21, 2019
Date